UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ABDUL GHAZNAWI, | No. 2:22-cv-01988-MCE-KJN |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| SAN JOAQUIN COUNTY, | |
| Defendant. | |

On February 1, 2023, this Court issued an Order dismissing Plaintiff's <u>Monell</u> claim against San Joaquin County. The Court granted Plaintiff leave to amend, but advised that: "If no amended pleading [was] timely filed, the causes of action dismissed by virtue of [that] Order [would] be deemed dismissed with prejudice upon no further notice to the parties." ECF No. 8 at 2. No amended complaint has been filed. Accordingly, Plaintiff's <u>Monell</u> claim is hereby DISMISSED with prejudice, and this action shall proceed on Plaintiff's remaining causes of action.

IT IS SO ORDERED.

Dated: March 8, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE