IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL GHAZNAWI,<br><br>       Plaintiff,<br><br>  v.<br><br>SAN JOAQUIN COUNTY,<br><br>       Defendant. | 2:22-CV-01988-MCE-KJN<br><br>ORDER |

   The court has reviewed the parties' stipulated protective order.  (See ECF No. 14).  The stipulation comports with the relevant authorities and the court's applicable local rule.  See L.R. 141.1.

   The court APPROVES the protective order, subject to the following clarification.  The Local Rules state that once an action is closed, "unless otherwise ordered, the court will not retain jurisdiction over enforcement of the terms of any protective order filed in that action."  L.R. 141.1(f); see also, e.g., MD Helicopters, Inc. v. Aerometals, Inc., 2017 WL 495778 (E.D. Cal., Feb. 03, 2017) (noting that courts in the district generally do not agree to retain jurisdiction for disputes concerning protective

////
////
////
////

1

orders after closure of the case). Thus, the court will not retain jurisdiction over this protective order once the case is closed.

    IT IS SO ORDERED.

Dated: July 13, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ghaz.1988