Stanley Goff (SBN 289564)
Law Office Of Stanley Goff
15 Boardman Place, Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff

CARL L. FESSENDEN, SBN 161494
cfessenden@porterscott.com
SULI A. MASTORAKOS, SBN 330383
smastorakos@porterscott.com
PORTER SCOTT
2180 Harvard Street, Suite 500
Sacramento, CA 95815
Telephone: (916) 927-3706

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL GHAZNAWI; <br><br> Plaintiff, <br><br> v. <br><br><br> SAN JOAQUIN COUNTY AND SHERIFF DEPUTIES DOES 1-50 <br><br> Defendants. | CASE NO. 2:22-cv-01988-MCE-KJN <br><br> **STIPULATION AND ORDER TO CONTINUE SCHEDULING DEADLINES** |

1
STIPULATION AND ORDER TO
CONTIUNUE SCHEDULING
DEADLINES

**STIPULATION**

Plaintiff ABDUL GHAZNAWI (hereinafter, "Plaintiff") and Defendant SAN JOAQUIN COUNTY (hereinafter, "Defendant"), by and through their respective counsel of record, hereby stipulate and request that the Court enter an order to continue the case management deadlines, set by this Court in a Scheduling Order entered on November 3, 2022. (*See* ECF No. 3.)

WHEREAS, pursuant to the Scheduling Order (ECF No. 3), fact discovery is to be completed by February 21, 2024, expert disclosures are to take place within 60 days after the close of fact discovery, and dispositive motions shall be filed within 180 days of the close of fact discovery.

WHEREAS, plaintiff's counsel, Stanley Goff, has been severely ill with Covid 19 and RSV for over several weeks and is still recovering at this moment.

WHEREAS, the parties have never previously requested a continuance of any of the deadlines contained in the Scheduling Order;

WHEREAS, the Court has not yet set an trial date in this matter;

WHEREAS, the parties have stipulated and agreed to a continuance of the discovery and related deadlines in this matter;

NOW, THEREFORE, the parties respectfully request that this Court extend the deadlines in this matter as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | February 21, 2024 | May 21, 2024 |
| Expert disclosures | April 21, 2024 | July 21, 2024 |
| Rebuttal expert disclosures | May 21, 2024 | August 21, 2024 |
| Last day to file dispositive | August 21, 2024 | November 21, 2024 |

Good cause exists for continuance of deadlines reflected above as required pursuant to Federal Rule of Civil Procedure Rule 16(b)(4) because circumstances beyond the parties control have significantly impacted the parties' ability to complete discovery, including significant scheduling challenges due to lead plaintiff's counsel's illness.

This is the parties' first request for continuance of case management deadlines.

1  IT IS SO STIPULATED.

2

3  Dated: December 21, 2023                    LAW OFFICE STANLEY GOFF

4

5                                               By:  _/s/ Stanley Goff_
                                                      Stanley Goff
6                                                     Attorney for Plaintiff

7

8  Dated: December 21, 2023

9

10                                              By:  _/s/ Suli A. Mastorakos_
                                                      Carl L. Fessenden
11                                                    Suli A. Mastorakos
                                                      Attorney for Defendants
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

GOOD CAUSE APPEARING, the parties' stipulation is GRANTED. The following deadlines are CONTINUED and RESET as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | February 21, 2024 | May 21, 2024 |
| Expert disclosures | April 21, 2024 | July 21, 2024 |
| Rebuttal expert disclosures | May 21, 2024 | August 21, 2024 |
| Last day to file dispositive | August 21, 2024 | November 21, 2024 |

IT IS SO ORDERED.

Dated:  January 2, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE