**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Suli A. Mastorakos, SBN 330383
smastorakos@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
SAN JOAQUIN COUNTY
*Exempt from Filing Fees Pursuant to Government Code § 6103*

STANLEY GOFF (Bar No. 289564)
LAW OFFICE OF STANLEY GOFF
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff
ABDUL GHAZNAWI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL GHAZNAWI, | CASE NO. 2:22-cv-01988-MCE-CSK |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO CONTINUE SCHEDULING DEADLINES** |
| v. | Complaint Filed: 11/02/22 |
| SAN JOAQUIN COUNTY AND SHERIFF DEPUTIES DOES 1-50, | |
| Defendants. | |

1

**JOINT STIPULATION AND ORDER TO CONTINUE SCHEDULING DEADLINES**

Plaintiff ABDUL GHAZNAWI ("Plaintiff") and Defendant SAN JOAQUIN COUNTY ("Defendant") (collectively, "Parties"), by and through their respective counsel of record, hereby stipulate and request that the Court issue an Order to further extend the case management deadlines set by this Court in an Order entered on January 3, 2024 (ECF No. 19), and partially modified in a subsequent Order dated April 26, 2024 (ECF No. 30).

WHEREAS, pursuant to the Court's Order, ECF No. 19, the deadline to file dispositive motions is currently November 21, 2024.

WHEREAS, pursuant to the Court's Order, ECF No. 30, fact discovery is to be completed by June 21, 2024; expert disclosures are to take place by July 26, 2024; and rebuttal expert disclosures are to take place by August 26, 2024.

WHEREAS, Defendant will need to complete the deposition of Plaintiff.  Plainitff's counsel has provided three dates of availability for Plaintiff in June, and has advised that Plaintiff is only available on Friday's due to his work schedule.  Accordingly, Defendant has noticed Plaintiff's deposition for June 21, 2024, the date of the fact discovery deadline.  Of the three dates provided, this is the only date that worked for defense counsel's calendar.

WHEREAS, Plaintiff would like to depose three officers allegedly involved in the events giving rise to Plaintiff's operative Complaint.

WHEREAS, defense counsel Carl Fessenden is scheduled to be on a pre-paid vacation from June 7 – 21, 2024.  Defense counsel Suli Mastorakos will no longer be counsel of record on this case as of June 20, 2024.

WHEREAS, in light of Plaintiff's deposition falling on the date of the fact discovery deadline, Plainitff's request to depose three officers, and defense counsel's unavailability and changes to the handling attorneys for the defense, due to the looming June 21, 2024 fact discovery deadline, the parties believe extending the fact discovery deadline by an additional five weeks to complete depositions is appropriate.

WHEREAS, the Court has not yet set a trial date in this matter.

/ / /

/ / /

WHEREAS, counsel for both Plaintiff and Defendant have agreed to modify the deadlines in this matter, as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Cut-off | June 21, 2024 | July 29, 2024 |
| Expert Disclosures | July 26, 2024 | September 2, 2024 |
| Rebuttal Expert Disclosures | August 26, 2024 | October 3, 2024 |
| Dispositive Motion Filing Deadline | November 21, 2024 | December 30, 2024 |

WHEREAS, the parties submit that good cause exists for this extension. The requested extension will facilitate the exchange of further information concerning the case, and will provide the parties sufficient time to prepare their respective cases.

**IT IS SO STIPULATED.**

Dated:  June 12, 2024

PORTER SCOTT
A PROFESSIONAL CORPORATION

By  /s/Suli A. Mastorakos
   Carl L. Fessenden
   Suli A. Mastorakos
   Attorneys for Defendant

Dated:  June 12, 2024

LAW OFFICE OF STANLEY GOFF

By  /s/Stanley Goff (*Authorized 6/4/24*)
   Stanley Goff
   Attorney for Plaintiff

**JOINT STIPULATION AND ORDER TO CONTINUE SCHEDULING DEADLINES**

# **ORDER**

GOOD CAUSE APPEARING, the parties' stipulation is GRANTED. The following deadlines are CONTINUED and RESET as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Cut-off | June 21, 2024 | July 29, 2024 |
| Expert Disclosures | July 26, 2024 | September 2, 2024 |
| Rebuttal Expert Disclosures | August 26, 2024 | October 3, 2024 |
| Dispositive Motion Filing Deadline | November 21, 2024 | December 30, 2024 |

IT IS SO ORDERED.

Dated:  June 12, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER TO CONTINUE SCHEDULING DEADLINES