STANLEY GOFF (Bar No. 289564)
LAW OFFICE OF STANLEY GOFF
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.co

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL GHAZNAWI,<br><br>　　　Plaintiff,<br><br>v.<br><br>SAN JOAQUIN COUNTY AND SHERIFF DEPUTIES DOES 1-50,<br><br>　　　Defendants. | CASE NO. 2:22-cv-01988-MCE-CSK<br><br>**ORDER TO CONTINUE SCHEDULING DEADLINES** |

1

**ORDER**

GOOD CAUSE APPEARING, the parties' stipulation is GRANTED. The discovery deadlines are extended as follows for the sole purpose of allowing the depositions of Samaniego, O (150377) and Vela, X (170416):

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Cutoff | July 29, 2024 | August 26, 2024 |
| Expert Disclosures | September 2, 2024 | September 9, 2024 |

**IT IS SO ORDERED.**

Dated:  July 30, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE